UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MARCO ANTONIO AGUILAR and
OLALLA KENDY AGUILAR,

Plaintiff(s),

v.

THE UNITED STATES OF AMERICA,

Defendant(s).

Case No. 2:16-CV-153 JCM (CWH)

ORDER

Presently before the court is the parties' joint motion for this court to reconsider its order denying plaintiffs' petition to approve a compromise settlement on behalf of a minor. (ECF No. 37).

The government indicates in its notice of non-opposition to the petition that "the parties signed a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Form AO85) and delivered it to the Clerk's Office on May 11, 2017," in order to streamline the approval of the proposed settlement. (ECF No. 36 at 1–2) (noting that Magistrate Judge Hoffman presided over the relevant settlement conference).

At the time this court rendered its order denying plaintiffs' petition, a completed form for the parties' consent to proceed before Magistrate Judge Hoffman was not on the record of this case. *See also* (ECF No. 34-6) (including a signature block addressed to either the district court judge or the magistrate judge).

However, the parties' joint motion contains an exhibit that the parties stipulate is a copy of the filed consent and reference form. (ECF Nos. 37, 37-1).

**James C. Mahan
U.S. District Judge**

The court will respect the parties' prior agreement and therefore will refer the case to Magistrate Judge Hoffman to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and the same hereby is, REFERRED to Magistrate Judge Hoffman, pursuant to the parties' stated wishes.

DATED June 15, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**